UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**MARK ANTHONY CARRILLO, SR.**                                            **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 4:07CV-P50-M**

**DAVIESS COUNTY** *et al.*                                          **DEFENDANTS**

### MEMORANDUM OPINION

Seeking monetary and punitive damages, Plaintiff Mark Anthony Carrillo, Sr., filed this civil rights complaint pursuant to 42 U.S.C. § 1983 against Daviess County and several officers at the Daviess County Detention Center. By Memorandum Opinion and Order entered February 7, 2008 (DN 11), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

Upon initial review, the Court concluded that Plaintiff had failed to give each Defendant fair notice of his claims against them and the grounds upon which they rest because Plaintiff alleged no facts involving any Defendant and failed to articulate any injury as a result of inadequate hygiene products; failed to specify any serious medical need, any dates of denied treatment, or any persons involved; and failed to identify any Defendants involved in the alleged physical abuse, the dates of the alleged abuse, or any circumstance surrounding the alleged abuse. Because Plaintiff asserted nothing more than conclusory allegations of inadequate hygiene, inadequate psychiatric treatment, and physical abuse, the Court provided him with 30 days within which to amend his complaint to provide more facts, including how each Defendant allegedly violated his rights and the dates on which each event took place. The Court warned Plaintiff that his failure to file an amended complaint within the time allowed

would result in dismissal of the action for the reasons stated in the Memorandum Opinion and Order.

Thirty days have passed, and Plaintiff has failed to file an amended complaint. Accordingly, by separate Order, the Court will dismiss the action for failure to state a claim upon which relief may be granted.

Date:

cc: Plaintiff, *pro se*
     Defendants
     Daviess County Attorney
4414.005